Ezra T. Clark, III
**CLARK LAW FIRM, P.C.**
63 E. Main Street, Suite 501
Mesa, Arizona 85201
etc@clarkfirm.com
State Bar No.: 14998
(480) 844-0039
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AETEC INTERNATIONAL, INC., a Arizona corporation,<br><br>    Defendant. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. CV-08-712-PHX-SRB |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Arrow Electronics, Inc. ("Arrow") moves for summary judgment on its breach of contract claim against Defendant Aetec International, Inc. ("Aetec") on the ground that there is no genuine issue as to any material fact and Arrow is entitled to judgment as a matter of law.

The undisputed facts demonstrate that the parties formed an agreement for Arrow to supply electronic components (the "Products") to Aetec on credit. The undisputed facts also show that Arrow delivered the ordered Products to Aetec under invoices and that Aetec, in turn, accepted the products. Aetec, however, refuses to pay for those Products. By failing to pay for the Products following acceptance, Aetec has breached the contract with Arrow. Arrow has suffered damages in the amount of $438,102.17, and Aetec is indebted to Arrow for that sum. Arrow is also entitled to prejudgment interest and attorneys' fees as provided in the invoices.

The basis for Arrow's motion is explained in detail in the memorandum of law filed contemporaneously herewith.

WHEREFORE, Arrow respectfully requests this Court enter Final Summary Judgment in its favor with respect to its claim for breach of contract, together with an award of prejudgment interest and attorneys' fees and costs under the contract and any such other relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 9th day of June, 2008.

s/ Ezra T. Clark, III  
Ezra T. Clark, III  
CLARK LAW FIRM, P.C.  
63 E. Main Street, Suite 501  
Mesa, Arizona 85201  
Attorneys for Plaintiff

Of Counsel:  
Mark E. Hindley  
Utah Bar No. 7222  
Justin Palmer  
Utah Bar No. 8937  
STOEL RIVES LLP  
201 South Main Street, Suite 1100  
Salt Lake City, Utah  84111-4904

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of June, 2008, I electronically transmitted the attached document, Motion for Summary Judgment, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrant:

>Jeffrey M. Proper, Esq.
>Attorneys for Defendant

COURTESY COPY with the attached face page of Notice of Electronic filing mailed this 9th day of June, 2008 to the Honorable Susan R. Bolton.

s/ Michelle Hadder, paralegal