# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>AETEC INTERNATIONAL, INC., a Arizona corporation,<br><br>               Defendant. | **STIPULATED FINAL JUDGMENT**<br><br>Case No. CV-08-712-PHX-SRB |

Defendant Aetec International, Inc. ("Aetec") having stipulated to the entry of a final and binding judgment against it and in favor of Plaintiff Arrow Electronics, Inc. ("Arrow") and other good cause appearing therefore, the Court hereby FINDS, ORDERS, ADJUDGES, AND DECREES that:

1.     Final and binding judgment is entered in favor of Arrow and against Aetec on all of the claims set forth in Arrow's Complaint, for the total amount of $501,094.29.

2.     The judgment amount is calculated based on the following:

     (a)     $438,102.17, which is the principal amount Aetec is indebted to Arrow;

     (b)     plus $37,376.72, which is the pre-judgment interest on the outstanding principal accruing at 18% per annum (the contract rate) from the date of the Complaint (April 11, 2008);

       (c)     plus $25,615.40, which is the reasonable costs, including attorneys' fees, the parties have agreed Arrow is entitled ($25,203.00 in fees; $412.40 in costs).

       3.     Post-judgment interest shall be calculated at the highest rate allowed by federal law.

       4.     This Stipulated Final Judgment shall be augmented in the amount of Arrow's reasonable costs and attorneys' fees expended in collecting said Judgment by execution or otherwise as shall be established by affidavit.

       IT IS SO ORDERED.

       Dated this 15th day of December, 2008.


_____
Susan R. Bolton
United States District Judge